UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                                  No. 99-4227

DAVID EUGENE CRAWFORD,
Defendant-Appellant.

Appeal from the United States District Court
for the Western District of North Carolina, at Shelby.
Lacy H. Thornburg, District Judge.
(CR-93-11)

Submitted: April 28, 2000

Decided: May 19, 2000

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Joel S. Trilling, Asheville, North Carolina, for Appellant. Mark T.
Calloway, United States Attorney, Brian Lee Whisler, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

David Eugene Crawford appeals his conviction and sentence following his plea of guilty to conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. § 846 (1994). We affirm pursuant to the law of the case doctrine. See Columbus-American Discovery Group v. Atlantic Mut. Ins. Co., 203 F.3d 291, 304 (4th Cir. 2000).

Crawford contends that the district court failed to establish a factual basis for his plea, the Government breached the plea agreement, and the district court erred in attributing more than five kilograms of drugs to Crawford. Crawford previously presented each of these arguments to the court in a motion to vacate under 28 U.S.C.A. § 2255. See United States v. Crawford, No. 97-7138 (4th Cir. Sept. 3, 1998) (per curiam) (unpublished). Because this Court previously considered these arguments on the merits and none of the exceptions enumerated in United States v. Aramony, 166 F.3d 655, 661 (4th Cir.), cert. denied, 526 U.S. 1146 (1999), apply, we affirm the district court's order of judgment and conviction.

AFFIRMED

2